# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Franchot Brown, ) | Case No. 3:05-03099-CMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **MOTION TO WITHDRAW** |
| Carolina Care Plan, Inc., ) | |
| ) | |
| Defendant. ) | |

Comes now Defendant and moves this Court, pursuant to Local Civil Rule 83.I.07, to withdraw Paige Jones Gossett as an attorney of record in this matter. Judge Gossett has been elected to the Administrative Law Court in the State of South Carolina. Because the Defendant in this matter is still represented by attorney(s) of record from Judge Gossett's prior private practice Firm, the Defendant will not be prejudiced by this withdrawal and consents thereto, and the Defendant may still proceed in this District.

Respectfully submitted,

By:    s/ Noah M. Hicks II
Noah M. Hicks II, ID#9743
**WILLOUGHBY & HOEFER, P.A.**
Post Office Box 8416 (29202-8416)
930 Richland Street
Columbia, SC  29201
(803) 252-3300
chicks@willoughbyhoefer.com

Attorney for Defendant

Columbia, South Carolina
This 30th day of October, 2006.